UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NINA HOHMAN,

    Plaintiff,                                    Case No. 12-12646

v.

                                           Hon. John Corbett O'Meara

COMMISSIONER OF               Hon. Charles E. Binder
SOCIAL SECURITY,

    Defendant.
_____/

ORDER ADOPTING REPORT AND RECOMMENDATION

Before the court is Magistrate Judge Charles E. Binder's May 16, 2013 report and recommendation. No objections were filed by the parties. Having thoroughly reviewed the entire record, the court finds that Magistrate Judge Binder reached the correct conclusions.

Accordingly, IT IS HEREBY ORDERED that the report and recommendation is ADOPTED as the court's findings and conclusions.

                                                           s/John Corbett O'Meara
                                                           United States District Judge

Date: June 14, 2013

      I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, June 15, 2013, using the ECF system.

                                                           s/William Barkholz
                                                           Case Manager